UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMNANG NOUN, | Case No. CV 08-8060-RGK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| A. HEDGPATH, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: January 30, 2009

_____
R. Gary Klausner
United States District Judge